UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN RABE,

        Plaintiff,

v.

PELICAN BAY STATE PRISON MAIL ROOM et al,

        Defendant.

Case Number: CV07-02879 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Rabe #:D-58062  
Pelican Bay State Prison  
P.O. Box 7000  
Crescent City, CA 95531

Dated: June 29, 2007

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk