IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN RABE,                                                    No. CV 07-02879 TEH

       Plaintiff,

  v.                                                                **JUDGMENT IN A CIVIL CASE**

PELICAN BAY STATE PRISON MAIL ROOM,

       Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(XX) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the complaint is dismissed without prejudice.


Dated: 06/29/07                                            Richard W. Wieking, Clerk

                                                                                 By: R.B. Espinosa
                                                                                 Deputy Clerk